

# NUMBERS 13-13-00405-CR; 13-13-00675-CR; 13-13-00676-CR; 13-13-00677-CR; 13-13-00678-CR; 13-13-00679-CR; AND 13-13-00680-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RENE ZAMORA,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On appeal from the 331st District Court
### of Travis County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

This cause is before the Court on the appellant's unopposed motion to abate

briefing schedule.[1]   The clerk's records and reporter's records in these causes have

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

been filed. Appellant has advised this Court that there are several important documents missing from the appellate record. Also missing is the reporter's record of the proceedings at which the trial court announced its decision on the motion to suppress. Counsel states that until the missing records have been filed with the Court, he cannot complete his duties as appellate counsel.

When a relevant item has been omitted from the reporter's record, the trial court, appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item. *See Id.* 34.5(c). Counsel's motion indicates he has been working with the district clerk and the reporter to obtain a complete record.

Accordingly, appellant's motion to abate the briefing schedule for 60 days is GRANTED and the appeals are ABATED. These appeals will be reinstated upon receipt of the supplemental reporter's records, supplemental clerk's records, and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of October, 2014.

2